No. 04–7334.  GRIGGER v. TRAVIS.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 04–7336.  GREEN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–7338.  GOODSON v. TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 04–7339.  IVES v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 04–7340.  DONG CHUNG v. KPMG LLP ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–7341.  CHEESEMAN v. BANTA.  C. A. 9th Cir.  Certiorari denied.

No. 04–7345.  GODINEZ v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–7346.  GAYLE v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–7347.  GRAVES v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–7350.  FAIRFAX v. BUTLER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–7354.  MOORE v. MICHIGAN.  Cir. Ct. Muskegon County, Mich.  Certiorari denied.

No. 04–7358.  BELEI v. CASTRO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–7359.  MCDANIEL v. SHERRER, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–7363.  NEWMAN v. MICHIGAN.  Cir. Ct. Livingston County, Mich.  Certiorari denied.